IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AUGUSTA CAPITAL, LLC )
)
v. ) NO. 3:09-CV-0103
) JUDGE CAMPBELL
REICH & BINSTOCK, LLP )

ORDER

Pending before the Court are Augusta Capital's Application to Confirm, Enter and Enforce an Arbitration Award (Docket No. 1) and Reich & Binstock's Motion to Vacate or, Alternatively, Modify the Arbitration Award (Docket No. 12). The Court held a hearing on July 9, 2009.

For the reasons stated in the accompanying Memorandum, Reich and Binstock's Motion to Vacate (Docket No. 12) is GRANTED, and Augusta Capital's Motion to Confirm, Enter and Enforce (Docket No. 1) is DENIED. The Final Award of January 18, 2009 (Docket No. 1-3) is vacated. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE